# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT,<br>1220 L Street, N.W., Suite 850<br>Washington, DC 20005<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HOMELAND SECURITY,<br><br>U.S. IMMIGRATION AND CUSTOMS<br>ENFORCEMENT,<br><br>U.S. CITIZENSHIP AND IMMIGRATION<br>SERVICES, and the<br><br>UNITED STATES DEPARTMENT OF<br>STATE,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 19-cv-52<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF JESSICA ALCANTARA
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Jessica Alcantara, hereby declare:

1. My full name is Jessica Alcantara.

2. My office address and telephone number are as follows:

   Advancement Project
   1220 L Street, N.W., Suite 850
   Washington, D.C. 20005
   (202) 728-9557

3. I have been admitted to the following bar:

   a. New York State Bar (No. 5546551)

4. I am currently in good standing with all states, courts, and bars in which I am admitted. I have never been subject to discipline by any bar.

5. I have not been previously admitted *pro hac vice* in this Court.

6. I engage in the practice of a law from an office located within the District of Columbia, the address and telephone number of which is set forth above. I am not a member of the District of Columbia Bar, nor do I have an application for membership pending.

7. I have reviewed and am familiar with the local rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1\10\19 .

Jessica Alcantara
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, D.C. 20005
Tel: (202) 728-9557
Fax: (202) 728-9558
jalcantara@advancementproject.org