UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT,<br><br>　　　　　*Plaintiff*,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT<br>OF HOMELAND SECURITY, *et al.*,<br><br>　　　　　*Defendants*. | Civil Action No. 19-0052-RC |

## NOTICE OF APPEARANCE

　　The Clerk of Court will please enter the appearance of Assistant United States Attorney Johnny Walker as counsel for Defendants the United States Department of Homeland Security, the United States Immigration and Customs Enforcement, the United States Citizenship and Immigration Services, and the United States Department of State.

Dated: January 26, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 /s/ Johnny Walker
　　　　　　　　　　　　　　　　　　　JOHNNY H. WALKER, D.C. Bar # 991325
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　Washington, District of Columbia 20530
　　　　　　　　　　　　　　　　　　　Telephone: 202 252 2575
　　　　　　　　　　　　　　　　　　　Email: johnny.walker@usdoj.gov

　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*