AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| ADVANCEMENT PROJECT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 19-0052-RC |
| US DEPARTMENT OF HOMELAND SECRUITY, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADVANCEMENT PROJECT

Date:   02/25/2019

*Attorney's signature*

Gilda R. Daniels  DC Bar No. 462819
*Printed name and bar number*

1220 L Street, NW
Suite 850
Washington, DC 20005
*Address*

gdaniels@advancementproject.org
*E-mail address*

(202) 758-9557
*Telephone number*

(202) 758-9558
*FAX number*