UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT,<br>　　　　*Plaintiff*,<br>　　　　v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>　　　　*Defendants*. | Civil Action No. 19-0052 (RC) |

## JOINT STATUS REPORT

Defendants, the U.S. Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), U.S. Citizenship and Immigration Service ("USCIS"), and the U.S. Department of State ("State"), and Plaintiff, Advancement Project, by their respective undersigned counsel, submit this joint status report in response to the Court's minute order dated July 12, 2019.

　　　1.　　Advancement Project brought this civil action on January 10, 2019, alleging that DHS, USCIS, and State failed to timely respond to its FOIA requests and that ICE's response was inadequate. Compl. ¶¶ 22–55. Advancement Project's FOIA requests generally seek records concerning the implementation of visa sanctions against Cambodia, Eritrea, Guinea, and Sierra Leone in September 2017.

　　　2.　　The parties have provided prior joint status reports on March 5, 2019, ECF No. 14; April 11, 2019, ECF No. 16; May 13, 2019, ECF No. 17; July 12, 2019, ECF No. 18; and August 16, 2019, ECF No. 19.

　　　3.　　Defendants provide the following updated report as to the status of each agency's response to Advancement Project's request:

　　　　　a.　　<u>DHS</u>. DHS previously reported that it responded to Advancement Project's request and closed it on November 15, 2018, and that Advancement Project

        did not administratively appeal that response. Accordingly, DHS contends that Advancement Project failed to exhaust administrative remedies with respect to DHS. Advancement Project states that the email address to which DHS allegedly sent its response belonged to an attorney who was no longer an Advancement Project employee.

b.   <u>ICE</u>. ICE completed its searches for potentially responsive records and deduplicated the results. At Advancement Project's request, ICE has increased its review rate to 750 pages per month. ICE has provided Advancement Project with interim releases of responsive, nonexempt records on May 9, 2019; June 20, 2019; July 12, 2019; and August 13, 2019. Since the last status report, ICE sent Advancement Project an interim response dated September 12, 2019, stating that ICE had reviewed another 838 pages, none of which were responsive. ICE sent Advancement Project another interim response dated October 18, 2019, stating that ICE had reviewed another 793 pages, none of which were responsive. ICE will continue to review and release records on a rolling basis each month. ICE has about 4,000 pages of potentially responsive records remaining to process at this time.

c.   <u>USCIS</u>. USCIS made a final release of records to Advancement Project on February 28, 2019. Advancement Project states that USCIS did not conduct a reasonable and adequate search, addressed its response to an attorney who is no longer an Advancement Project employee, and that the response did not acknowledge this litigation.

      d.    <u>State</u>. Since the parties' last status report, State made additional productions on September 11, 2019, and October 25, 2019. As noted in the last status report, the parties have agreed on both a rolling production schedule and parameters for narrowing the scope of the request. State will continue to process responsive material and make productions every six weeks. State's next production will be on or before December 5, 2019.

4. In light of ICE's and State's ongoing searches and releases, the parties respectfully request that the Court defer the entry of a briefing schedule at this time and instead order the parties to file another joint status report updating the Court on the status of Defendants' responses to Advancement Project's requests on or before <u>February 28, 2020</u>.

Respectfully submitted,

　/s/ Losmin Jimenez　　　
Losmin Jimenez, D.C. Bar #198691
Project Director and Senior Attorney
　for Immigrant Justice
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, District of Columbia 20005
Telephone: (202) 728-9557
LJimenez@advancementproject.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar #472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar #924092
Chief, Civil Division

By:　/s/ Johnny Walker　　　
JOHNNY H. WALKER, D.C. Bar # 991325
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*Counsel for Defendant*

Dated: November 14, 2019