AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| ADVANCEMENT PROJECT | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:19-cv-0052-RC |
| U.S. DEPARTMENT OF HOMELAND SECURITY, et l | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ADVANCEMENT PROJECT .

Date: 04/08/2020

/s/ Daniel S. Blynn
*Attorney's signature*

Daniel S. Blynn, Bar No. 488934
*Printed name and bar number*

VENABLE LLP
600 Massachusetts Ave., NW
Washington, DC 20001
*Address*

DSBlynn@Venable.com
*E-mail address*

(202) 344-4619
*Telephone number*

(202) 344-8300
*FAX number*

Print  Save As...  Reset