# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT, *Plaintiff*, v. U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, *Defendants*. | Civil Action No. 19-0052 (RC) |

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of Court and all parties of record:

Pursuant to LCvR 83.6(b), please withdraw the appearance of Daniel S. Blynn as counsel for Plaintiff Advancement Project. The other undersigned attorneys who have appeared on behalf of Advancement Project will continue to represent it in this matter.

Respectfully submitted,

Dated: January 27, 2021

*/s/ Daniel S. Blynn*
Daniel S. Blynn, DC Bar #488934
DSBlynn@Venable.com
Ian D. Volner, DC Bar #117309
IDVolner@Venable.com
Venable LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Fax: (202) 344-8300

*/s/ Losmin Jimenez*
Losmin Jimenez, D.C. Bar #198691
Project Director and Senior Attorney
for Immigrant Justice
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, D.C. 20005
Telephone: (202) 728-9557

LJimenez@advancementproject.org

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of January, 2021, a copy of the foregoing was served via the Court's electronic filing system (ECF) on the following:

JOHNNY H. WALKER
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
Telephone: 202 252 2575
johnny.walker@usdoj.gov

*/s/ Daniel S. Blynn*
Daniel S. Blynn, DC Bar #488934
DSBlynn@Venable.com
Ian D. Volner, DC Bar #117309
IDVolner@Venable.com
Venable LLP
600 Massachusetts Ave. NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Fax: (202) 344-8300

*/s/ Losmin Jimenez*
Losmin Jimenez, D.C. Bar #198691
Project Director and Senior Attorney
for Immigrant Justice
ADVANCEMENT PROJECT
1220 L Street, N.W., Suite 850
Washington, D.C. 20005
Telephone: (202) 728-9557
LJimenez@advancementproject.org

*Counsel for Plaintiff*