UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT,<br>*Plaintiff*,<br>v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>*Defendants*. | Civil Action No. 19-0052 (RC) |

## PROPOSED ORDER

Upon consideration of Plaintiff Advancement Project's ("AP") Cross-Motion for Summary Judgment and Opposition to U.S. Immigration and Customs Enforcement's ("ICE") Motion for Summary Judgment, it is hereby:

**ORDERED** that AP's Cross Motion for Summary Judgment is **GRANTED** and ICE's Motion for Summary Judgment is **DENIED**.

**IT IS FURTHER ORDERED** that ICE shall produce all documents invoking Exemptions 5 and 7(E) except those portions that are exempt under Exemption 6 or 7(C) no later than 14 days from the date of this order.

**SO ORDERED**.

Dated: _____, 2021

_____
RUDOLPH CONTRERAS
United States District Judge

51431826-v1