UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVACEMENT PROJECT,<br>    *Plaintiff*,<br>  v.<br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br>    *Defendants*. | Civil Action No. 19-0052 (RC) |

## JOINT STATUS REPORT

Plaintiff, Advancement Project, and Defendant, the United States Department of State, respectfully submit this joint status report in response to the Court's minute order dated June 4, 2021.

1. As reported in the parties' status report filed June 4, 2021, the Department of State has completed its releases, and the parties have narrowed the scope of their dispute. Plaintiff is not challenging the adequacy of the search or redactions of personally identifiable information, but it disputes the Department's other withholdings.

2. The parties have conferred and propose the following schedule for summary judgment briefing on the remaining issues:

  August 10, 2021:  Department of State's motion for summary judgment

  September 9, 2021:  Plaintiff's opposition and cross-motion for summary judgment

  September 30, 2021:  Defendant's opposition and reply

  October 14, 2021:  Plaintiff's reply

Respectfully submitted,

| | |
|---|---|
| */s/ Ian D. Volner* <br> Ian D. Volner, DC Bar #117309 <br> IDVolner@Venable.com <br> Venable LLP <br> 600 Massachusetts Ave. NW <br> Washington, D.C. 20001 <br> Telephone: (202) 344-4000 <br> Fax: (202) 344-8300 <br><br> Gilda R. Daniels <br> ADVANCEMENT PROJECT <br> 1220 L Street, N.W., Suite 850 <br> Washington, D.C. 20005 <br> Telephone: (202) 758-9557 <br> gdaniels@advancementproject.org <br><br> *Counsel for Plaintiff* | CHANNING D. PHILLIPS, D.C. Bar #415793 <br> Acting United States Attorney <br><br> BRIAN P. HUDAK <br> Acting Chief, Civil Division <br><br> By:  */s/ Johnny Walker* <br> JOHNNY H. WALKER, D.C. Bar #991325 <br> Assistant United States Attorney <br> 555 4th Street, N.W. <br> Washington, District of Columbia 20530 <br> Telephone: 202 252 2575 <br> Email: johnny.walker@usdoj.gov <br><br> *Counsel for Defendants* <br><br> Dated:  June 11, 2021 <br>           Washington, D.C. |