# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADVANCEMENT PROJECT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 19cv0052 (RC) |
| | ) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Darrell C. Valdez as counsel of record for Defendant in the above-captioned case and withdraw the appearance of Assistant United States Attorney Johnny Hillary Walker, III, who has left the employment of the United States Attorney's Office for the District of Columbia.

November 23, 2021                                    Respectfully submitted,


                                                     */s/ Darrell C. Valdez*
                                                     DARRELL C. VALDEZ,
                                                     D.C. BAR #420232
                                                     Assistant United States Attorney
                                                     Civil Division
                                                     555 Fourth Street, N.W.
                                                     Washington, D.C. 20530
                                                     (202) 252-2507
                                                     Darrell.Valdez@usdoj.gov