UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVANCEMENT PROJECT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civ. A. No. 19-0052 (RC) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

**JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, submit this joint status report in response to the Court's minute order dated February 1, 2023. That order dismissed the pending motion for summary judgment as moot in light of the Parties' agreement that all remaining issues with Defendants' production of records in response to Plaintiff's requests under the Freedom of Information Act ("FOIA") had been resolved. That order further directed the Parties to file a joint status report to update the Court on the parties' settlement negotiations.

1. Advancement Project brought this civil action on January 10, 2019, alleging that various government agencies, including the Department of State, failed to timely or adequately respond to its requests under the Freedom of Information Act. Compl. ¶¶ 22–55. Advancement Project's FOIA requests generally seek records concerning the implementation of visa sanctions against Cambodia, Eritrea, Guinea, and Sierra Leone in September 2017 to December 2017 time frame.

2. As previously reported, Defendants have responded to Plaintiff's FOIA requests sufficient to satisfy the requirements of FOIA, and the Parties are in agreement that there are no

outstanding issues with respect to the productions and withholdings in this matter.

3. The Parties are continuing to negotiate in good faith with respect to the sole remaining matter of Plaintiff's fee petition. That process is ongoing but requires the review of several years of work in order to submit a petition that Defendants are able to analyze and to which they can respond. Accordingly, the Parties agree to continue negotiating in an attempt to avoid further litigation and use of the Court's resources, and propose to submit an additional status report in sixty (60) days, *i.e.*, on June 2, 2023.

Dated: April 3, 2023
Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. #983326
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendants*

and

 /s/ Ronald M. Jacobs
RONALD M. JACOBS
D.C. Bar No. #479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
rmjacobs@venable.com

*Counsel for Plaintiff*