UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADVANCEMENT PROJECT,

      *Plaintiff*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

      *Defendants*.

Civil Action No.: 19-cv-0052 RC

**Notice of Withdrawal of Counsel**

To the Clerk of the Court and All Parties of Record:

Notice is hereby given that Miriam R. Nemeth has left employment with Advancement Project. Therefore, Plaintiff requests permission to withdraw Miriam R. Nemeth as counsel for Plaintiff Advancement Project. The undersigned attorney who has appeared on behalf of Advancement Project will continue to represent Plaintiff in this matter in compliance with LCvR 83.6(b).

Dated: June 2, 2023

Respectfully submitted,

/s/ *Ronald M. Jacobs*
RONALD M. JACOBS
D.C. Bar #479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-8215
RMJacobs@Venable.com

*Counsel for Plaintiff*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of June, 2023, a copy of the foregoing was served via the Court's electronic filing system (ECF) on the following:

KARTIK N. VENGUSWAMY
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
(202) 252-1790
kartik.venguswamy@usdoj.gov

/s/ *Ronald M. Jacobs*
RONALD M. JACOBS
D.C. Bar #479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
(202) 344-8215
RMJacobs@Venable.com

*Counsel for Plaintiff*