UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADVANCEMENT PROJECT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. A. No. 19-0052 (RC) |
| | ) | |
| U.S. DEPARTMENT OF HOMELAND | ) | |
| SECURITY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## **JOINT STATUS REPORT**

The Parties, by and through respective undersigned counsel, submit this joint status report in response to the Court's minute order dated October 2, 2023.  The Parties continue to negotiate in good faith in the hopes of resolving this case without further litigation.

1.     Advancement Project brought this civil action on January 10, 2019, alleging that various government agencies, including the Department of State, failed to timely or adequately respond to its requests under the Freedom of Information Act. Compl. ¶¶ 22–55. Advancement Project's FOIA requests generally seek records concerning the implementation of visa sanctions against Cambodia, Eritrea, Guinea, and Sierra Leone in September 2017 to December 2017 time frame.

2.     As previously reported, Defendants have completed their responses to Plaintiff's FOIA requests and the Parties are in agreement that there are no outstanding issues with respect to the productions and withholdings in this matter.

3.     As previously reported, the Parties have been negotiating in good faith with respect to the sole remaining matter of Plaintiff's fee petition. Plaintiff has submitted its fee

petition to Defendants. Defendants are currently reviewing Plaintiff's petition, but a response

requires the review of several years of work. Accordingly, the Parties agree to continue

negotiating in an attempt to avoid further litigation and use of the Court's resources, and propose

to submit an additional status report in sixty (60) days, *i.e.*, on February 5, 2024.

Dated: December 4, 2023
      Washington, DC               Respectfully submitted,

                                      MATTHEW M. GRAVES
                                      D.C. Bar No. #481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Chief, Civil Division

By:     */s/ Kartik N. Venguswamy*
                                        KARTIK N. VENGUSWAMY
                                      D.C. Bar No. #983326
                                      Assistant United States Attorney
                                      601 D. Street, NW
                                      Washington, D.C. 20530
                                      Tel: (202) 252-1790
                                      kartik.venguswamy@usdoj.gov

                                      *Counsel for Defendants*

                                      *and*

                                     */s/ Ronald M. Jacobs*
                                      RONALD M. JACOBS
                                      D.C. Bar No. #479842
                                      Venable LLP
                                      600 Massachusetts Ave., NW
                                      Washington, DC 20001
                                      rmjacobs@venable.com

                                      *Counsel for Plaintiff*