UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVANCEMENT PROJECT, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civ. A. No. 19-0052 (RC) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) ) | |

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, submit this joint status report in response to the Court's minute order dated August 5, 2024. The Parties continue to negotiate in good faith in the hopes of resolving this case without further litigation.

1. Advancement Project brought this civil action on January 10, 2019, alleging that various government agencies, including the Department of State, failed to timely or adequately respond to its requests under the Freedom of Information Act. Compl. ¶¶ 22–55. Advancement Project's FOIA requests generally seek records concerning the implementation of visa sanctions against Cambodia, Eritrea, Guinea, and Sierra Leone in September 2017 to December 2017 time frame.

2. As previously reported, Defendants have completed their responses to Plaintiff's FOIA requests and the Parties are in agreement that there are no outstanding issues with respect to the productions and withholdings in this matter.

3. As previously reported, the Parties have been negotiating in good faith with respect to the sole remaining matter of Plaintiff's fee petition. Plaintiff has submitted its fee

petition to Defendants. Defendants are currently reviewing Plaintiff's petition, but a response requires the review of several years of work. Accordingly, the Parties agree to continue negotiating in an attempt to avoid further litigation and use of the Court's resources, and propose to submit an additional status report in sixty (60) days, *i.e.*, on November 18, 2024.

Dated: September 19, 2024
       Washington, DC                        Respectfully submitted,

                                             MATTHEW M. GRAVES
                                             D.C. Bar No. #481052
                                             United States Attorney

                                             BRIAN P. HUDAK
                                             Chief, Civil Division

                              By:    /s/ Kartik N. Venguswamy
                                     KARTIK N. VENGUSWAMY
                                     D.C. Bar No. #983326
                                     Assistant United States Attorney
                                     601 D. Street, NW
                                     Washington, D.C. 20530
                                     Tel: (202) 252-1790
                                     kartik.venguswamy@usdoj.gov

                                     *Counsel for Defendants*

                                     and

                                      /s/ Ronald M. Jacobs
                                     RONALD M. JACOBS
                                     D.C. Bar No. #479842
                                     Venable LLP
                                     600 Massachusetts Ave., NW
                                     Washington, DC 20001
                                     rmjacobs@venable.com

                                     *Counsel for Plaintiff*