UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVANCEMENT PROJECT, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civ. A. No. 19-0052 (RC) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | | |
| Defendants. | | |

**JOINT STATUS REPORT**

      The Parties, by and through respective undersigned counsel, submit this joint status report in response to the Court's minute order dated August 21, 2025.  The Parties continue to negotiate in good faith in the hopes of resolving this case without further litigation.

      1.      Advancement Project brought this civil action on January 10, 2019, alleging that various government agencies, including the Department of State, failed to timely or adequately respond to its requests under the Freedom of Information Act. Compl. ¶¶ 22–55. Advancement Project's FOIA requests generally seek records concerning the implementation of visa sanctions against Cambodia, Eritrea, Guinea, and Sierra Leone in September 2017 to December 2017 time frame.

      2.      As previously reported, Defendants have completed their responses to Plaintiff's FOIA requests, and the Parties are in agreement that there are no outstanding issues with respect to the productions and withholdings in this matter.

      3.      As previously reported, the Parties have been negotiating in good faith with respect to the sole remaining matter of Plaintiff's fee petition. Plaintiff has submitted its fee

petition to Defendants and Defendants have provided a response. Plaintiff is currently evaluating Defendants' response to the fee petition. Accordingly, the Parties agree to continue negotiating in an attempt to avoid further litigation and use of the Court's resources, and propose to submit an additional status report in thirty (30) days, *i.e.*, on October 22, 2025.

Dated: September 22, 2025
Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By:   /s/ Kartik N. Venguswamy
KARTIK N. VENGUSWAMY
D.C. Bar No. 983326
Assistant United States Attorney
601 D. Street, NW
Washington, D.C. 20530
Tel: (202) 252-1790
kartik.venguswamy@usdoj.gov

*Counsel for Defendants*

*and*

 /s/ Ronald M. Jacobs
RONALD M. JACOBS
D.C. Bar No. #479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
rmjacobs@venable.com

*Counsel for Plaintiff*