UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ADVANCEMENT PROJECT, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civ. A. No. 19-0052 (RC) |
| U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

## STATUS REPORT

Plaintiff, by and through respective undersigned counsel, submits this status report in response to the Court's minute order dated September 29, 2025.

1.  On October 24, 2025, counsel for Plaintiff attempted to correspond with counsel for Defendants regarding Plaintiff's fee petition. Counsel for Plaintiff received an automatic reply message stating the Department of Justice, including the U.S. Attorney's Office for D.C., is experiencing a lapse in appropriations, and counsel for Defendants is currently furloughed and unable to respond to correspondence until appropriations are restored.

2.  On October 1, 2025, Chief Judge James E. Boasberg issued Standing Order No. 25-55 that extended all filing deadlines in civil actions and civil miscellaneous matters imposed upon the United States, any of its federal agencies, and any of its officers or employees pending in the U.S. District Courts for the District of Columbia by the number of days equal to the length of the lapse of appropriations plus ten days.[1]

---

[1] *See In re: Stay of All Civil Proceedings Involving the United States in Light of Lapse of Appropriations*, Standing Order No. 25-55 (JEB) (Oct. 1, 2025), http://dcd.uscourts.gov/sites/dcd/files/Executive%20Order%2025-55.pdf.

3. As of the time of this filing, counsel for Plaintiff understands that such appropriations have not been restored.

4. Accordingly, Plaintiff respectfully requests to submit a status report in accordance with Standing Order No. 25-55 once appropriations have been restored to the Department of Justice and the U.S. Attorney's Office for D.C. and Defendants counsel's furlough has ended.

Dated: October 29, 2025
Washington, DC

Respectfully submitted,

 /s/ Ronald M. Jacobs
RONALD M. JACOBS
D.C. Bar No. #479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
rmjacobs@venable.com

*Counsel for Plaintiff*