UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ADVANCEMENT PROJECT

*Plaintiff,*

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

*Defendants.*

Civil Action No. 19-0052 (RC)

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: March 24, 2026
       Washington, DC

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 809-3945
catherine.malycke@usdoj.gov

*Counsel for the United States of America*

By: */s/ Ronald M. Jacobs (with permission)*
RONALD M. JACOBS
D.C. Bar No. 479842
Venable LLP
600 Massachusetts Ave., NW
Washington, DC 20001
rmjacobs@venable.com

*Counsel for Plaintiff*